# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered** April 13, 2017 |

## PER CURIAM

The Honorable Laurie Bridewell of Lake Village is appointed to the Continuing Legal Education Board for a three-year term to expire on April 13, 2020. Judge Bridewell will represent the First Congressional District and replaces Judge Mitch Cash, whose term has concluded.

Melissa McJunkins "Missy" Duke of Little Rock is appointed to the Continuing Legal Education Board for a three-year term to expire on April 13, 2020. Ms. Duke will be an at-large representative, Position Nine; she replaces Elisa White of Little Rock, whose term has concluded.

Jim Jackson of Little Rock is reappointed to the Continuing Legal Education Board for a three-year term to expire on April 13, 2020. Mr. Jackson is an at-large representative, Position Six.

The court extends its sincere appreciation to Judge Bridewell and Ms. Duke for accepting appointment to this important board and to Mr. Jackson for accepting reappointment. The court also thanks Judge Cash and Ms. White for their years of dedicated

service on this board.